UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES, | HON. LAURIE MICHAELSON |
| | Case. No. 23-20434 |
| Plaintiff, | |
| vs. | |
| ANDREW NICKELS, | |
| Defendant. | |
| _____/ | |

### STIPULATED ORDER EXTENDING TIME FOR OBJECTIONS
### TO THE PRESENTENCE REPORT

It is hereby stipulated by the parties that they be given an extension of two weeks to file any objections to the presentence report in this matter. The reason for the extension is that defense counsel has been involved in a long court matter in the Circuit Court in the City of Knoxville, Tennessee and has had sufficient time to review the presentence report with Defendant Nickels.

| | |
|---|---|
| /s/ Frances Carlson with consent | /s/Steven Scharg |
| FRANCES CARLSON | STEVEN SCHARG P43732 |
| Assistant U.S. Attorney | Attorney for Defendant |
| 211 W. Fort Street, #2001 | 615 Griswold Street, #1120 |
| Detroit, Michigan 48226 | Detroit, Michigan 48226 |
| Frances.carlson@usatty.gov | Scharg1924@gmail.com |

**IT IS SO ORDERED.**

Dated: May 31, 2024

s/Laurie J. Michelson
LAURIE J. MICHELSON
UNITED STATES DISTRICT JUDGE